# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00817-CV

### The Hanover Insurance Company, Appellant

#### v.

### The City of Buda and The Barr Co., AIA, Appellees

#### FROM THE 207TH DISTRICT COURT OF HAYS COUNTY
#### NO. 21-0838, THE HONORABLE SHERRI TIBBE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant The Hanover Insurance Company has filed a petition for permissive appeal seeking to challenge an interlocutory order denying its motion for summary judgment.

To be entitled to a permissive appeal from an interlocutory order that would not otherwise be appealable, the requesting party must establish that (1) the order to be appealed involves a "controlling question of law as to which there is a substantial ground for difference of opinion" and (2) an immediate appeal from the order "may materially advance the ultimate termination of the litigation." Tex. Civ. Prac. & Rem. Code § 51.014(d); *see* Tex. R. App. P. 28.3(e)(4); Tex. R. Civ. P. 168. Because we conclude that the petition fails to establish each requirement element, we deny the petition for permissive appeal. *See* Tex. Civ. Prac. & Rem. Code § 51.014(d); Tex. R. App. P. 28.3(e)(4).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Filed: May 31, 2023